[No. 70702-7-I.   Division One.   February 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MALCOLM JOHN FRASER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01886-0, Lori Kay Smith, J., entered July 26, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Dwyer, JJ.

[No. 70735-3-I.   Division One.   February 17, 2015.]

LINDSAY HAYES ET AL., *Appellants*, v. USAA CASUALTY INSURANCE COMPANY ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 12-2-17371-1, Mary I. Yu, J., entered March 25, May 13, July 12, and September 6, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Appelwick, JJ.

[No. 70968-2-I.   Division One.   February 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. R.D.M., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-8-00436-4, Eric Z. Lucas, J., entered September 26, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Dwyer, JJ.

[No. 70992-5-I.   Division One.   February 17, 2015.]

ISABELLE BICHINDARITZ, *Respondent*, v. THE UNIVERSITY OF WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-05747-8, Monica J. Benton, J., entered November 15, 2013. *Reversed* by unpublished opinion per Becker, J., concurred in by Schindler and Leach, JJ.